1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   MEGAN T. HOPKINS, SBN #294141
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    TRAVIS WENTWORTH

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 1:17-po-0049 SAB
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13  vs.                                )
                                       )
14  TRAVIS WENTWORTH,                  )
                                       )
15              Defendant.             )
                                       )
16  _____)

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant

19  Federal Defender Megan T. Hopkins, counsel for defendant Travis Wentworth, that the status

20  conference currently scheduled for June 1, 2017 at 10:00 a.m. be continued to July 13, 2017 at

21  10:00 a.m.

22      Mr. Wentworth has agreed to pay a $250.00 fine and $30.00 processing fee, as well as a

23  $100 additional financial penalty for failing to appear, for a total of $380.00 on or before July 7,

24  2017 as a fixed sum in lieu of appearance in case number 1:17-po-0034 SAB, which was filed in

25  a separate stipulation. As part of that agreement, and upon proof of payment, the government

26  has agreed to dismiss the instant case in the interest of justice.

27      The parties have requested that the status conference currently scheduled in case number

28  1:17-po-0034 SAB for June 1, 2017 be continued to July 13, 2017 in order to allow verification

of payment. It is therefore the request of the parties that this case also be continued, so that both matters can be resolved at the same time. If payment of the full $380.00 has not been made and verified by July 7, 2017, Mr. Wentworth will appear as to both cases at the hearing on July 13, 2017.

Respectfully submitted,

Phillip Talbert
Acting United States Attorney

Date: May 18, 2017             /s/ Jeffrey Spivak
                               JEFFREY SPIVAK
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


Date: May 18, 2017             /s/ Megan T. Hopkins
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorney for Defendant
                               TRAVIS WENTWORTH



## <u>O R D E R</u>

**IT IS SO ORDERED.**

The status conference currently scheduled for June 1, 2017 is hereby continued to July 13, 2017.


IT IS SO ORDERED.

Dated:   **May 18, 2017**

                               _____
                               UNITED STATES MAGISTRATE JUDGE