PHILLIP A. TALBERT
United States Attorney
Jeffrey Spivak
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
    UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TRAVIS WENTWORTH,<br><br>        Defendant. | Case No. 1:17-po-00049-SAB<br><br>[Citation #6043694 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

       The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00049-SAB [Citation #6043694] against TRAVIS WENTWORTH without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 25, 2017               Respectfully submitted,

                              PHILLIP A. TALBERT
                              United States Attorney

              By:    /s/ Jeffrey Spivak_____
                      JEFFREY SPIVAK
                      Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that Case Number 1:17-po-00049-SAB [Citation #6043694] against TRAVIS WENTWORTH be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 25, 2017**

_____
UNITED STATES MAGISTRATE JUDGE